# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Life Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Nancy Brummett, et al.,<br><br>    Defendants. | No. CV-23-00051-TUC-EJM<br><br>**ORDER** |

On May 22, 2023, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant Plaintiff State Farm Life Insurance Company's Unopposed Motion to Dismiss. (Doc. 22.) Judge Markovich notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 2.) No objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the docket and finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Markovich's Report and Recommendation is ADOPTED. (Doc. 22.)

2) This matter is dismissed without prejudice. The Clerk of Court shall docket accordingly and close the case file in this matter.

    Dated this 7th day of June, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge